Joseph Sutkar, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

The Town of Cortlandt, Plaintiff, v. The New York Central Railroad Company, Defendant.— Reargument ordered and case set down for Thursday, November 11, 1915. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Leander J. De Bekker, Respondent, v. Frederick A. Stokes Company and The University Society, Inc., Appellants.— Reargument ordered and case set down for Wednesday, December 8, 1915. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

Fifi Ganim, Respondent, v. Beshara Ganim, Appellant.— Motion granted and case set down for Friday, November 12, 1915.— Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of John F. Fournier, Deceased.— Motion granted and matter referred to Robert S. Pelletreau, Esq., to ascertain and report the value of the services of the attorney for the appellant. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ. Order to be settled on notice before Mr. Justice Stapleton.

Village of Fredonia, Appellant, v. Fredonia Natural Gas Light Company and Others, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

Empire City Racing Association, Plaintiff, v. National Fair and Exposition Association, Inc., and Others, Defendants.— Motion for reargument denied, with ten dollars costs, and stay vacated. Motion for leave to appeal to the Court of Appeals denied. Our decision of October first dismissing appeal of the National Fair and Exposition Association, Inc. (See 170 App. Div. 946, 956), proceeded upon the ground that the return of the check for seventy-five dollars costs was too late, as such check had been retained until after service of notice of motion to dismiss defendant's appeal. It follows that the appellant may still have these costs (or the amount thereof offset to the National Fair and Exposition Association, Inc.), upon proper application to the plaintiff's attorneys, to be made within five days. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Margaret McCarty, Respondent, v. William K. Dickerson, Appellant, and Others, Defendants.-- Motion denied, with ten dollars costs. Present — Thomas, Carr, Stapleton and Putnam, JJ.; Jenks, P. J., not voting.